JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILYALE MAKOR, AN INDIVIDUAL,<br><br>    Plaintiff,<br><br>    v.<br><br>BNSF RAILWAY COMPANY, A DELAWARE CORPORATION; AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>    Defendants. | Case No. EDCV 14-00671-VAP (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant BNSF Railway Company, A Delaware Corporation. The Court orders that such judgment be entered.

Dated: March 24, 2015

_____
VIRGINIA A. PHILLIPS
United States District Judge